

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 10, 2025**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (Subchapter V)** |
| | § | |
| **PM Management – Killeen I NC LLC, _et al._,[1]** | § | **Case No.  24-30240 (sgj)** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING LIQUIDATING TRUSTEE'S
OBJECTION TO KILLEEN II CLAIM NO. 3 AND
KILLEEN II CLAIM NO. 10 BY KARON WILKINSON**

Came on Liquidating Trustee Russell F. Nelms for consideration of Objection to Killeen

II Claim No. 3 (Pacer) and Killeen II Claim No. 10 (Omni[2]) filed by Karon Wilkinson with notice

thereof on August 29, 2024 ("the Objection"). Dkt. 255.

---

[1] The Debtors in these subchapter V of chapter 11 cases, along with the last four digits of each Debtor's EIN are PM Management - Killeen I NC LLC (3105), PM Management - Killeen II NC LLC (3179), PM Management – Killeen III NC LLC (3245), and PM Management – Portfolio VIII NC LLC (3048).

[2] "Omni" means these Proof of Claims were filed through the claim registration agent, Omni Agent Solutions. See https://cases.omniagentsolutions.com/claimdocket?clientid=3688

**Order Granting Liquidating Trustee's Objection to
Claim of Karon Wilkinson [Killeen II Claim No. 3 & 10]**

A written response to the Objection was due 30 days from the date of service, on September 30, 2024, pursuant to Local Bankruptcy Rules 9007-1 and 9014(f).  Since no written response was filed with the Clerk of this Court, it is therefore,

ORDERED that the Objection is GRANTED in its entirety.

It is further ORDERED that the claims referenced below are DISALLOWED in their entirety.

| Claimant | Debtor | Claim Number | Case Number | Claim Amount |
|---|---|---|---|---|
| Karon Wilkinson | Killeen II | 3 (Pacer) | 24-30244 | $250,000.00 |
| | Killeen II | 10 (Omni) | 24-30244 | $250,000.00 |

SO ORDERED.

# # # END OF ORDER # # #

**Order Granting Liquidating Trustee's Objection to
Claim of Karon Wilkinson [Killeen II Claim No. 3 & 10]**

Dated: January 6, 2025.

Order submitted by,


  */s/ Victor G. Solyanik*
J. Michael Sutherland
  Texas State Bar No. 19524200
Kelli M. Hinson
  Texas Bar No. 00793956
Robert C. Rowe
  Texas Bar No. 24086253
Victor G. Solyanik
  Texas Bar No. 24143426
**CARRINGTON, COLEMAN, SLOMAN
 & BLUMENTHAL, L.L.P.**
901 Main St., Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214- 580-2641
Email: msutherland@ccsb.com
Email: khinson@ccsb.com
Email: rrowe@ccsb.com
Email: vsolyanik@ccsb.com

*Counsel for Russell F. Nelms,*
*Liquidating Trustee of the*
*PM Management Liquidation Trust*

**Order Granting Liquidating Trustee's Objection to
Claim of Karon Wilkinson [Killeen II Claim No. 3 & 10]**